UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
:
JOANNE HICKS,                                        :
                              Plaintiff,             :
                                                     :        21 Civ. 4709 (LGS)
              -against-                               :
                                                     :        **ORDER**
STARBUCKS CORPORATION,                               :
                              Defendant.             :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for August 5, 2021,

at 11:00 a.m.

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the initial pretrial conference is **cancelled**.  If the parties believe that a

conference would nevertheless be useful, they should inform the Court immediately so the

conference can be reinstated.  The case management plan and scheduling order will issue in a

separate order.  The parties' attention is particularly directed to the provisions for periodic status

letters, and the need for a pre-motion letter to avoid cancellation of the final conference and

setting of a trial date.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral

The parties should be aware that the Court does not extend the deadlines for fact and expert

discovery absent compelling circumstances.  It is further

**ORDERED** that, if the parties wish to obtain confidential treatment of any material produced in discovery, they shall file a joint proposed protective order.

Dated: July 30, 2021
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE