UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOANNE HICKS,
                        Plaintiff,

             -against-                        21 Civ. 4709 (LGS)

                                        ORDER
STARBUCKS CORPORATION,
                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the jury trial in this action is scheduled to begin on October 3, 2022. It is hereby

      **ORDERED** that the jury trial scheduled for October 3, 2022, is **adjourned** to **December 5, 2022**, or the Court's first available date thereafter. It is further

      **ORDERED** that the parties shall be ready to proceed on 24 hours' notice on or after December 5, 2022. It is further

      **ORDERED** that the final pretrial conference scheduled for September 19, 2022, is **adjourned** to **November 21, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 12, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE