```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JOANNE HICKS,                                            :
                                    Plaintiff,              :
                                                            :       21 Civ. 4709 (LGS)
                    -against-                               :
                                                            :                ORDER
   STARBUCKS CORPORATION,                                   :
                                    Defendant,              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pretrial conference is scheduled for November 21, 2022, at 4:30 P.M.  It is hereby

ORDERED that the final pretrial conference is adjourned to **November 29, 2022, at 2:00 P.M.**  This case is in second place on the Court's December 5, 2022, trial-ready calendar. If, as of November 29, 2022, the first-place trial is still anticipated, the final pretrial conference and trial in this case will be adjourned.

Dated: November 14, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**