UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                           :
JOANNE HICKS,                                     :
                                Plaintiff,     :
                                                     :        21 Civ. 4709 (LGS)
                -against-                      :
                                                     :        <u>ORDER</u>
STARBUCKS CORPORATION,        :
                                Defendant, :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the final pretrial conference is scheduled for November 29, 2022, at 2:00 P.M.;

      WHEREAS, this case is in second place on the Court's December 5, 2022, trial-ready calendar, and the first-place trial is still anticipated. It is hereby

      **ORDERED** that the final pretrial conference is adjourned to **January 3, 2023**, at **2:00 P.M.** on the following conference line: 888-363-4749, access code: 558-3333. It is further

      **ORDERED** that the jury trial scheduled for December 5, 2022, is **adjourned** to **January 10, 2023**, at **9:45 A.M.** This action will be placed in first place on the Court's January 10, 2023, trial-ready calendar, and the parties should consider this date firm. That week, trial will proceed on January 10, 12 and 13, 2023. Trial will resume on January 17, 2023, if necessary. It is further

      **ORDERED** that each side shall, by **December 13, 2022**, submit their proposed trial exhibits. The parties shall email Chambers requesting a link to upload the exhibits if they are voluminous.

Dated: November 29, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE